**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

LEANTHONY HENDERSON,

Case No. 2:26-cv-00152-JM

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(6), and Local Rule 7.2, Defendant Equifax Information Services, LLC respectfully moves this Court to dismiss all of Plaintiff's claims. Equifax contemporaneously files its Brief in Support of its Motion to Dismiss Plaintiff's Complaint and incorporates it herein by reference for all purposes.

WHEREFORE, defendant Equifax Information Services, LLC respectfully requests that the Court grant its Motion to Dismiss Plaintiff's Complaint, dismiss all of Plaintiff's claims, and for all such other relief as the Court deems appropriate.

Respectfully Submitted,

LAX, VAUGHAN, FORTSON,
ROWE & THREET, P.A.
11300 Cantrell Road, Suite 201
Little Rock, Arkansas 72212
(501) 376-6565 Telephone
(501) 376-6666 Facsimile
tscott@laxvaughan.com

By: */s/ Ralph D. Scott III*
Ralph D. Scott, III (2015127)

*Attorneys for Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I further certify that I caused a true and correct copy to be served by United States Mail, first-class postage prepaid, and by email upon the following pro se Plaintiff:

LeAnthony Henderson
622 W Franklin
Forrest City, AR 72335
leanthony.henderson@outlook.com
Pro Se Plaintiff

*/s/ Ralph D. Scott III*
Ralph D. Scott III